[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 17-11629
Non-Argument Calendar
_____

D.C. Docket No. 2:16-cr-00085-SPC-MRM-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSEPH SPRADLIN,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(January 10, 2018)

Before WILLIAM PRYOR, NEWSOM and ANDERSON, Circuit Judges.

PER CURIAM:

Stephen J. Langs, appointed counsel for Joseph Spradlin in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).

Our independent review of the entire record reveals that counsel's assessment of

the relative merit of the appeal is correct.  Because independent examination of the

entire record reveals no issues of arguable merit, counsel's motion to withdraw is

**GRANTED**, and Spradlin's convictions and sentences are **AFFIRMED**.